UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAMION JACK | * | CIVIL ACTION NO. 25-845 |
| | * | |
| VERSUS | * | SECTION: "P"(1) |
| | * | |
| PROGRESSIVE INSURANCE COMPANY, ET AL. | * | JUDGE DARREL JAMES PAPILLION |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************ | * | |

ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation (R. Doc. 23), and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's claims against defendant Tomeka M. Huff are **DISMISSED** for failure to state a claim, and plaintiff's Motion to Remand (Rec. Doc. 9) is **DENIED**.

Because the claims against defendant Huff have now been dismissed in connection with the motion to remand and improper joinder analysis, **IT IS FURTHER ORDERED** that defendants' Motion to Dismiss (R. Doc. 21), which requests the dismissal of plaintiff's claims against Tomeka M. Huff, is **DENIED AS MOOT**.

New Orleans, Louisiana, this 8th day of December 2025.

DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE